Case 1:23-cv-01021-PLM-SJB    ECF No. 4,    PageID.29    Filed 09/28/23    Page 1 of 1

WDMI Corporate Disclosure Statement pursuant to Fed.R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Stricjavvar Strickland, et al.,

        Plaintiff(s),

v.

Advance Local Media, LLC

        Defendant(s).

Case No. 1:23-cv-01021-PLM-SJB

Hon. Paul L. Maloney

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, **Advance Local Media, LLC** (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☑ Yes ☐ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Advance Local Media, LLC is wholly owned by Advance Local Holdings Corp., which is in turn wholly owned by Newark Morning Ledger Co., which is in turn wholly owned by Advance Magazine Publishers Inc.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: 9/28/2023

/s/ Andrew M. Pauwels
(Signature)
Andrew M. Pauwels (P79167)
Honigman LLP
apauwels@honigman.com
(313)465-7290