UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRICJAVVAR STRICKLAND, et al.,

    Plaintiffs,

v.

    Case No. 1:23-cv-1021

    HONORABLE PAUL L. MALONEY

ADVANCE LOCAL MEDIA, LLC,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiffs initiated this lawsuit in Kalamazoo County Circuit Court. On September 28, 2023, Defendant removed the case to this court. On October 4, 2023, the Magistrate Judge issued a Report and Recommendation, recommending that the action be remanded back to state court pursuant to 28 U.S.C. 1447(c). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this action is REMANDED to the Kalamazoo County Circuit Court for lack of subject matter jurisdiction.

A Judgment will be entered consistent with this Order.

Dated:  November 7, 2023                                      /s/ Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                  United States District Judge