UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRICJAVVAR STRICKLAND, et al.,

    Plaintiffs,

v.

    Case No. 1:23-cv-1021

ADVANCE LOCAL MEDIA, LLC,

    HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated:  November 7, 2023

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge